AO-10 (w)
R.v. 1/2000

# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Heaton, Joe L. | 2. Court or Organization<br><br>Western District of Oklahoma | 3. Date of Report<br><br>08/01/2001 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U. S. District Judge - nominee | 5. Report Type (check type)<br><br>X Nomination, Date 08/02/2001<br><br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>08/01/2001 |
|---|---|---|

| 7. Chambers or Office Address<br><br>210 Park Avenue<br><br>Suite 400<br><br>Oklahoma City, Oklahoma 73102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | General Partner | Fuller & Tubb, a partnership (inactive investment partnership; sole asset is interest in VMS Residential Portfolio I) |
| 2 | Director/President | Hunters Ridge Homeowners Association |
| 3 | Custodian UGMA | Brokerage accounts for minor children; bank accounts for minor children |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | N/A | Oklahoma Public Employees Retirement System - vested. Eligible at age 62. |
| 2 | N/A | U. S. Government (Thrift Savings Plan; retirement & other employee benefits) |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | ☒ NONE (No reportable non-investment income.) | | |
| 1 | | None | |
| 2 | | | |
| 3 | | | |
| 4 | | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | | EXEMPT |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | | EXEMPT | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Duke Energy common stock | B | Dividend | I | T | Exempt | | | | |
| 2 Xcel Energy common stock | B | Dividend | K | T | Exempt | | | | |
| 3 Oil & gas working interest; see note. | C · | Royalty | J | V | Exempt | | | | |
| 4 Fuller & Tubb partnership (inactive invest. part.) | | None | | | Exempt | | | | |
| 5 - VMS Nat. Resident. Port. I (owned by Fuller & Tubb part.) | | None | | | Exempt | | | | |
| 6 Residual beneficial interest - trust estate of great aunt | A | Interest | J | W | Exempt | | | | |
| 7 Smith Barney money funds | A | Dividend | K | T | Exempt | | | | |
| 8 Smith Barney Large Cap Value Fund | D | Dividend | L | T | Exempt | | | | |
| 9 Investment Company of America | D | Dividend | L | T | Exempt | | | | |
| 10 Texas State Veterans land bonds | B | Interest | J | T | Exempt | | | | |
| 11 TRAK Invest. Advisory Service (Smith Barney funds) | D | Dividend | | | Exempt | | | | |
| 12 Okla. Dev. Finance Auth. bonds (St. John's Health System) | B | Interest | K | T | Exempt | | | | |
| 13 Smith Barney Prem. Sel. All Cap Growth Fund | | None | K | T | Exempt | | | | |
| 14 Bank of Oklahoma checking accounts | | None | J | T | Exempt | | | | |
| 15 323 East Mosier Limited Partnership, ltd. part. int. | B | Rent | M | U | Exempt | | | | |
| 16 Masterpiece Properties LP - ltd. part. interest | B | Rent | L | U | Exempt | | | | |
| 17 Meadowood II LP, ltd. part. int real est devel, Cleveland Co | A | Rent | M | U | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,000-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Boydview Corp. common stock | A | Dividend | K | U | Exempt | | | | |
| 19  Hollywood Shopping Center LLC, Norman, OK | D | Rent | J | U | Exempt | | | | |
| 20  West Oaks Rentals, gen. part., Norman, OK office buidling | A | Rent | J | U | Exempt | | | | |
| 21  Norman Builders Supply common stock | | None | K | U | Exempt | | | | |
| 22  Norman Construction & Paving common stock | | None | J | U | Exempt | | | | |
| 23  Individual Retirement Trust #1 | E | Dividend | M | T | Exempt | | | | |
| 24  - Smith Barney Large Cap Value Fund | | | | | | | | | |
| 25  - Amcap Fund | | | | | | | | | |
| 26  - Investment Company of America | | | | | | | | | |
| 27  - TRAK funds | | | | | | | | | |
| 28  - Smith Barney Small Cap Growth Fund | | | | | | | | | |
| 29  - Smith Barney Small Cap Value Fund | | | | | | | | | |
| 30  - Smith Barney Intern. Aggressive Growth Fund | | | | | | | | | |
| 31  - Smith Barney Large Cap Growth Fund | | | | | | | | | |
| 32  - Smith Barney Intern. All Cap Growth Fund | | | | | | | | | |
| 33  - Smith Barney Prem. Sel. All Cap Growth Fund | | | | | | | | | |
| 34  - Smith Barney money funds | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Individual Retirement Trust #2 | D | Dividend | M | T | Exempt | | | | |
| 36 - Smith Barney Large Cap Value Fund | | | | | | | | | |
| 37 - Amcap Fund | | | | | | | | | |
| 38 - Investment Company of America | | | | | | | | | |
| 39 - Smith Barney Small Cap Growth Fund | | | | | | | | | |
| 40 - Smith Barney Small Cap Value Fund | | | | | | | | | |
| 41 - Smith Barney Intern. Aggressive Growth fund | | | | | | | | | |
| 42 - Smith Barney Large Cap Growth Fund | | | | | | | | | |
| 43 - Smith Barney Intern. All Cap Growth Fund | | | | | | | | | |
| 44 - Smith Barney money funds | | | | | | | | | |
| 45 - Smith Barney Prem. Sel. All Cap Growth Fund | | | | | | | | | |
| 46 Custodial Account #1 | D | | M | T | Exempt | | | | |
| 47 - Smith Barney moneys funds | | | | | | | | | |
| 48 - Bank of Oklahoma savings account | | | | | | | | | |
| 49 - Smith Barney Large Cap Value Fund | | | | | | | | | |
| 50 - Growth Fund of America | | | | | | | | | |
| 51 - Smith Barney Small Cap Growth Fund | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | **If not exempt from disclosure** | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income,assets, or transactions.) | | | | | | | | | |
| 52   - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |
| 53   - Masterpiece Properties LP, ltd. part. interest | | | | | | | | | |
| 54   - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 55   - Meadowood II LP, ltd. part. interst | | | | | | | | | |
| 56 Custodial Account #2 | D | | M | T | Exempt | | | | |
| 57   - Smith Barney money funds | | | | | | | | | |
| 58   - Bank of Oklahoma savings account | | | | | | | | | |
| 59   - Smith Barney Large Cap Value Fund | | | | | | | | | |
| 60   - Growth Fund of America | | | | | | | | | |
| 61   - 323 East Mosier LP, ltd. part. interest | | | | | | | | | |
| 62   - Masterpiece Properties LP, ltd. part. interest | | | | | | | | | |
| 63   - Meadowood II LP, ltd. part. interest | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,000-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____Joe L. Heaton_____      Date __8/6/01__

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544